```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
MICHAEL SCHNEIDER and NICHOLAS           :
DANELLIS,                                :
                         Plaintiffs,     :
                                         :     10 Civ. 1324 (DLC)
            -v-                          :
                                         :          ORDER
FIFTH ON THE PARK CONDO, LLC,            :
EYTAN BENYANIN, and ROBERT EZRAPOUR,     :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

    For the reasons stated in the January 29, 2010 Opinion in the related actions 09 Civ. 4651 and 09 Civ. 6433, it is hereby

    ORDERED that plaintiffs must show cause by **March 12, 2010**, why their claims should not be dismissed.

    SO ORDERED:

Dated:     New York, New York
           February 26, 2026, 2010

                              _____
                                    DENISE COTE
                              United States District Judge