# WILENTZ GOLDMAN & SPITZER P.A.

ATTORNEYS AT LAW

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
732.636.8000
Fax 732.855.6117

Meridian Center I
Two Industrial Way West
Eatontown, NJ 07724-2265
732.542.4500
Fax 732.493.8387

110 William Street
26th Floor
New York, NY 10038-3901
212.267.3091
Fax 212.267.3828

Two Penn Center Plaza
Suite 910
Philadelphia, PA 19102
215.940.4000
Fax 215.636.3999

Park Building
355 Fifth Avenue
Suite 400
Pittsburgh, PA 15222
215.940.4000
Fax 215.636.3999

website: www.wilentz.com

DAVID T. WILENTZ (1894-1988)
G. GEORGE GOLDMAN (1922-1959)
HENRY M. SPITZER (1928-1988)

WARREN W. WILENTZ
MORRIS BROWN
FREDERICK K. BECKER
NICHOLAS L. SANTOWASSO
RICHARD F. LERT[2]
JOHN A. HOFFMAN
STEPHEN E. BARCAN
FRANCIS V. BONELLO
BARRY M. EPSTEIN[2,10]
VINCENT P. MALTESE
DAVID M. WILDSTEIN
GORDON J. GOLUM
MARVIN J. BRAUTH[2]
STUART A. HOBERMAN[2,3]
STEPHEN A. SPITZER
ANNE S. BABINEAU[2]
CHRISTINE D. PETRUZZELL
BRIAN J. MOLLOY
RANDALL J. RICHARDS
JOSEPH J. JANKOWSKI
DAVID S. GORDON
FREDERICK J. DENNEHY
ROY H. TANZMAN[2]
STEVEN J. TRIPP
JAY J. ZIZNEWSKI
ALAN WASSERMAN<[*]
JAMES E. TRABILSY
MAUREEN S. BINETTI<
ANTHONY J. PANNELLA, JR.
MICHAEL J. BARRETT<
MICHAEL F. SCHAFF[2,7]
ANGELO JOHN CIFALDI
KEVIN M. BERRY[2]
JOHN T. KELLY[2]
C. KENNETH SHANK[2]
EDWIN LEAVITT-GRUBERGER[2]
BRUCE M. KLEINMAN[25]
BARRY A. COOKE[3]
JON G. KUPILIK
PETER R. HERMAN[2]
EDWARD T. KOLE

DAVID WILENTZ (DECEASED)
ESSER G. MEHL[DEC'D]
ERIC JOHN MARCY
ROBERT C. KAUTZ[28]
VIOLA S. LORDI[2]
LYNNE M. KIZIS
KEVIN P. RODDY[2,69]
DANIEL S. BERNHEIM 3d[13]
DAVID H. STEIN
DOUGLAS WATSON LUBIC[2]
DOMINICK J. BRATTI
LISA A. GORAB[2]
LAWRENCE F. JACOBS[2]
BETH HINSDALE-PILLER
FRED HOPKE[1]
DONALD E. TAYLOR[3]
BARRY R. SUGARMAN[2]
BRETT R. HARRIS[2,5]
JEFFREY W. CAPPOLA
ALFRED M. ANTHONY[2]
DARREN M. GELBER[2D]
MATTHEW M. WEISSMAN[2]
WILLIAM J. LINTON
DONNA M. JENNINGS
GIOVANNI ANZALONE
PETER A. GREENBAUM[2]
WILLARD C. SHIH[2]
BLAIR R. ZWILLMAN[2,D]
LAWRENCE C. WEINER[2]
LAURIE E. MEYERS[2,4]
JOHN M. CANTALUPO[2]
BARBARA G. QUACKENBOS[2]
DAVID P. PEPE
JOHN E. HOGAN[2]

OF COUNSEL
ROBERT A. PETITO
HAROLD G. SMITH
ALAN B. HANDLER[5]
MYRON ROSNER[2]
R. BENJAMIN COHEN

COUNSEL
RUTH D. MARCUS[1,2]
RICHARD J. BYRNES
JAMES P. LUNDY[2,3]
JAMES E. TONREY, JR.[2]

ROBERT D. WOULFE (DEC'D)
ROBERTO BENITES
JONATHAN J. BART[1,23]
YVONNE MARCUSE
ABBY RESNICK-PARIGIAN[23]
BRIAN KALVER[2]
ELLEN TORREGROSSA-O'CONNOR
AMANDA F. SHECHTER[2]
BARBARA J. KOONZ[3]
TODD E. LEHDER[5,7]
PHILIP A. TORTORETI[11,12]

ASSOCIATES
LINDA LASHBROOK
LORETTA KIRSCH PRIVES[2]
ELIZABETH C. DELL[2]
KELLY A. ERHARDT-WOJIE[3]
FRANCINE E. TAJFEL[2]
ALBERTINA WEBB[2]
JOHN P. MURDOCH II
MARY H. SMITH
EDWARD J. ALBOWICZ[2]
ANNA I. MONFORTH
STEPHANIE D. GIRONDA[2]
EVERETT M. JOHNSON[2]
ALEX LYUBARSKY[2]
KEVEN H. FRIEDMAN[2,9]
GREGORY D. SHAFFER[2]<
JESSICA S. PYATT
LOUIS J. SEMINSKI, JR.
DANIEL R. LAPINSKI[2]
MICHAEL F. FRIED[2]
MICHELE C. LEFKOWITZ[2]
DASHIKA R. WELLINGTON[3]
ROBERT L. SELVERS[2]
PAMELA R. GOLD-ZAFRA[2]
ALYSON M. LEONE[2]
VINCENT CHENG[2]
MICHAEL J. WEISSLITZ
JONATHAN M. BUSCH[6]
JAMIE M. BENNETT[2]
MARCELLO DE PERALTA[1,2]
KEITH L. HOVEY[2]

JOSEPH J. RUSSELL, JR.[2]
JON S. POLEVOY
EMILY D. VAIL[24]
CHERYL E. CONNORS
CHAD B. SIMON[2]
ANTHONY WILKINSON[2]
DENIZA G. GERTSBERG
JAY B. FELDMAN[2]
LOUIS A. GREENFIELD[2]
JULIA A. LOPEZ[2]
AMY HERBOLD
ERIC I. BUEIDE[2]
DARRON E. BERQUIST[1,2]
DOUGLAS M. SILVESTRO
DANIEL J. KLUSKA
KARIN K. SAGE
MICHAEL L. GALVIN
SATISH V. POONDI[2]
ERICA A. RODRIGUEZ
CARRIE S. FORD
RACHEL M. COLANCECCO[3]
VICTORIA HWANG-MURPHY
GLENN P. PRIVES[2]
ANNEMARIE C. TERZANO[2]

< Certified Civil Trial Attorney
☐ Certified Criminal Trial Attorney
‡ Certified Matrimonial Attorney
† Certified Workers Compensation Attorney
* National Certified Civil Trial Specialist
   Approved by the ABA
1 Not admitted NJ
2 Admitted NY
3 Admitted PA
4 Admitted CT
5 Admitted DC
6 Admitted MA
7 Admitted MD
8 Admitted VA
9 Admitted CA
10 Admitted FL
11 Admitted PR
12 Admitted VI

March 5, 2010

Please reply to:
Woodbridge
Direct Dial: (732) 855-6026
Direct Fax: (732) 726-6639
Email: lweiner@wilentz.com



**VIA UPS OVERNIGHT MAIL**
Honorable Denise Cote, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Chambers 1040
New York, NY 10007

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/10

    Re:    **Michael Schneider and Nicholas Danellis**
            **v. Fifth on the Park Condo, LLC, et al.**
            **Civil Action No: 10cv1324 (DLC)**

Dear Judge Cote:

    This firm represents Plaintiffs in the above-captioned matter.

    Please accept this letter in response to Your Honor's Order to Show Cause dated February 26, 2010 as to why the above-referenced action should not be dismissed presumptively as a result of the Court's recent Opinion and Order in the related <u>Bodansky</u> (09 Civ. 4651) and <u>Bergen</u> (09 Civ. 6433) matters.

    Your Honor has already dismissed the other related cases, <u>JKP, LLC</u> (09-cv-7148), <u>Barstow</u> (09-cv-7786), <u>Ang</u> (09-cv-7137), and <u>Hunter</u> (09-cv-7567). It is assumed that Your Honor will dismiss the <u>Schneider</u> matter as well for the same reasons expressed in your March 1, 2010 Order

#3262829 (154089.001)



Honorable Denise Cote, U.S.D.J.
March 5, 2010
Page 2

(Document #14 in the Ang matter). It is respectfully requested that all of the related Fifth matters[1] be consolidated so that, inter alia, there will only be the need for one appeal, as opposed to seven separate appeals. Consolidation of these related cases will obviate the need for each Plaintiff to not only prepare separate filings and the necessary filing fees (approximately $500.00), but to take the inevitable steps to otherwise consolidating these matters at the Second Circuit once all the Notices of Appeal are inevitably filed. It is respectfully submitted that the most efficient and economic course of action would be to consolidate all these related cases at the district court level. Without such consolidation, numerous filings will need to be made which will not only be a waste of the Court's valuable time and resources, but plaintiffs as well.

    I am available to discuss the most efficient means to effectuate same at Your Honor's earliest convenience.

    Thank you for your courtesies.

Respectfully,

LAWRENCE C. WEINER

LCW:wp

cc: Daniel A. Ross, Esq. (via Email & Reg. Mail)
    Paul J. Hanley, Jr., Esq. (via Email & Reg. Mail)
    Sandra June Rampersaud Esq. (via Email)
    Client (via Email)

*[Handwritten note:] Any consolidation request must be made to the Court of Appeals for cases on appeal. This is the only case remaining before me on this matter, and it is hereby dismissed for the reasons described in the 1/29/10 opinion.*

*Denise Cote*
*March 9, 2010*

---

[1] Bodansky (09 cv 4651), Bergen (09 cv 6433), Ang (09 cv 7137), JKP, LLC (09 cv 7148), Hunter (09 cv 7567), Barstow (09 cv 7786), and Schneider (10 cv 1324).

#3262829 (154089.001)